**Abatement Order filed August 8, 2019**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-18-00674-CR

———————

### IAN FLEMMING CONE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from County Court at Law No. 7**
**Travis County, Texas**
**Trial Court Cause No. C-1-CR-17-500411**

---

## ABATEMENT ORDER

Appellant appeals the adjudication of his guilt for theft. Appellant's appointed counsel filed a brief in which she concludes the appeal is wholly frivolous and without merit. *See Anders v. California*, 386 U.S. 738 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978).

We disagree with appellate counsel's conclusion that there are no arguable issues for appeal. *See Anders*, 386 U.S. at 744. By way of example, and without

limitation, State's exhibit 9 and the testimony of Manzy Lowry indicates the person who pawned the property at issue was white, but multiple documents in the clerk's record indicate appellant is black. The *Anders* brief does not address this issue or its impact on the legal sufficiency of the evidence to support appellant's conviction.

Accordingly, we abate the appeal and remand to the trial court with instructions to appoint other counsel and have a supplemental clerk's record containing the appointment filed with the clerk of this court by **September 9, 2019**.

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the trial court's supplemental clerk's record is filed with this court.

PER CURIAM

Panel consists of Justices Christopher, Bourliot, and Zimmerer (Christopher, J., dissenting without opinion)